IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE Y. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 2:12-CV-554-WKW |
| ) | [WO] |
| MONTGOMERY SURGICAL ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 7), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted, and that this case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action and to comply with the orders of the court.

An appropriate judgment will be entered.

DONE this 18th day of October, 2012.

                                          /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE